UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN THE MATTER OF:  
Anthony Moses Jenkins, Debtor  
Teresa Stringe Jenkins, Joint Debtor  

CASE NO. 19-03161-5-JNC  
CASE FILED: July 11, 2019  
CHAPTER 7  

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served upon all parties by law entitled to such service in the above captioned proceeding the following:

## STATEMENT OF INTENT

Said service was accomplished by electronic noticing to the following:

Clerk, United States Bankruptcy Court  
Mr. Holmes P. Harden, Chapter 7 Trustee  
Bankruptcy Administrator  

Said service was accomplished by placing a copy of the same in a postpaid, properly addressed wrapper in a depository under the exclusive care and custody of the United States Postal Service at Fayetteville, NC, with the same addressed to:

Edge Park Medicval Services  
Attn: Managing Agent  
PO Box 639457  
Cincinnati, OH  45263  

Harris Jewelry  
Attn: Managing Agent  
800 Prime Place  
Hauppauge, NY 11788  

Kimbrells Furniture  
Attn: Managing Agent  
3141 Raeford Road  
Fayetteville, N.C.  28304  

Westlake Financial Service  
Attn: Managing Agent  
4751Wilshire Blvd  
Los Angeles, CA 90010  

DATED: July 12, 2019

/s Roger R. Compton  
ROGER R. COMPTON  
Attorney at Law  
P.O. Box 42836  
Fayetteville, NC 28309

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Anthony** First Name | **Moses** Middle Name | **Jenkins** Last Name |
| Debtor 2 (Spouse if, filing) | **Teresa** First Name | **Stringe** Middle Name | **Jenkins** Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  19-03161-5

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Edge Park Medical Services**<br><br>Description of property securing debt: **Insulin Pump**<br>**Location: 3102 Beckham Place, Apt D, Fayetteville NC 28304** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **Harris Jewelry**<br><br>Description of property securing debt: **Watch, Earrings and necklace**<br>**Location: 3102 Beckham Place, Apt D, Fayetteville NC 28304** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Kimbrells Furniture**<br><br>Description of property: **Bed frame and chest of drawers**<br>**Location: 3102 Beckham Place, Apt D, Fayetteville NC 28304** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ■ No<br>☐ Yes |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Anthony Moses Jenkins | | Case number (if known) | 19-03161-5 |
|---|---|---|---|---|
| Debtor 2 | Teresa Stringe Jenkins | | | |

securing debt:   Continue to make payments in a timely manner

| Creditor's name: | Westlake Financial Service | ■ Surrender the property. | ■ No |
| --- | --- | --- | --- |
| Description of property securing debt: | 2016 Chevy Malibu 86,551 miles VIN 1G1ZESST6GF296090 Location: 3102 Beckham Place, Apt D, Fayetteville NC 28304 | ☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ Yes |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| X | /s/ Anthony Moses Jenkins | X | /s/ Teresa Stringe Jenkins |
|---|---|---|---|
| | Anthony Moses Jenkins | | Teresa Stringe Jenkins |
| | Signature of Debtor 1 | | Signature of Debtor 2 |

| | |
|---|---|
| Debtor 1 **Anthony Moses Jenkins** | Case number *(if known)* **19-03161-5** |
| Debtor 2 **Teresa Stringe Jenkins** | |

Date **July 12, 2019**          Date **July 12, 2019**

**United States Bankruptcy Court**
**Eastern District of North Carolina**
**Fayetteville Division**

| Debtor 1 | Anthony Moses Jenkins | | Social Security number or ITIN | xxx-xx-1714 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | EIN __-_____ | |
| Debtor 2 (Spouse, if filing) | Teresa Stringe Jenkins | | Social Security number or ITIN | xxx-xx-5565 |
| | First Name   Middle Name   Last Name | | EIN __-_____ | |
| | | | Date case filed for chapter 7 | 7/11/19 |
| Case number: | 19-03161-5-JNC | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline          12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Anthony Moses Jenkins | Teresa Stringe Jenkins |
| 2. | All other names used in the last 8 years | | fka Teresa Evette Stringe |
| 3. | Address | 3102 Beckham Place, Apt D Fayetteville, NC 28304 | 3102 Beckham Place, Apt D Fayetteville, NC 28304 |
| 4. | Debtor's attorney Name and address | Roger R. Compton PO Box 42836 Fayetteville, NC 28309 | Contact phone 910 424-6393 |
| 5. | Bankruptcy trustee Name and address | Holmes P Harden Williams Mullen A Professional Corporation P. O. Drawer 1000 Raleigh, NC 27602 | Contact phone 919 981-4000 |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline          page 1

Debtor  Anthony Moses Jenkins  and  Teresa Stringe Jenkins                                              Case number 19-03161-5-JNC

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Fayetteville Street, 4th Floor<br>P.O. Box 791<br>Raleigh, NC 27602 | Office Hours: 8:30 am – 4:30 pm<br><br>Contact phone: 919-856-4752<br><br>Date: 7/11/19 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | August 22, 2019 at 09:30 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**U. S. Post Office & Federal Building, Third Floor Courtroom, 301 Green Street, Fayetteville, NC 28303**<br><br>Please bring a government issued picture ID with you to the meeting of creditors. This ID is required for entry into the building. |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>You must file a complaint:<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>You must file a motion:<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/21/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Electronic noticing** | Parties may opt to receive notices from the court via email rather than U.S. Mail. Register at https://bankruptcynotices.uscourts.gov. | |
| 13. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Armed Forces Loans of America
Attn: Managing Agent
3824 South Jones
Las Vegas, NV 89103

Cape Fear Valley Health Hoke
Attn: Managing Agent
PO Box 1259, Dept 144188
Oaks, PA 19456

Cumberland County Tax Collector
c/o David B. Craig, Attorney at Law
1903 Bragg Blvd, Suite 4
Fayetteville, NC 28303

Edge Park Medical Services
Attn: Managing Agent
PO Box 639457
Cincinnati, OH 45263

Federal Loan Servicing
Attn: Managing Agent
PO Box 60610
Harrisburg, PA 17106

Ferncreek Cardiology
Attn: Managing Agent
PO Box 87264
Fayetteville, NC 28304

First Health of the Carolinas
Attn: Managing Agent
PO Box 580484
Charlotte, NC 28250

George Brown Associates Inc.
Attn: Managing Agent
2200 Crownpoint Executive Drive
Charlotte, NC 28227

Harris Jewelry
Attn: Managing Agent
800 Prime Place
Hauppauge, NY 11788

Internal Revenue Service
Insolvency Section
PO Box 7346
Philadelphia, PA 19101-7346

Kimbrells Furniture
Attn: Managing Agent
3141 Raeford Road
Fayetteville, NC 28304

Midnight Velvet
Attn: Managing Agent
1112 7th Avenue
Monroe, WI 53566

N.C. Dept of Revenue
Office Svcs Div/Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Pinebhurst Medical Clinic
Attn: Managing Agent
PO Box 63289
Charlotte, NC 28263

Security Credit Services
Attn: Managing Agent
306 Enterprise Drive
Oxford, MS 38655

Source Receivables Mng
Attn: Bankruptcy
4615 Dundas Drive, Ste 102
Greensboro, NC 27407

State Employees Credit Union
Attn: Lori Barnes Loss Mitigation D
PO Box 25279
Raleigh, NC 27611

TMobile
Attn: Managing Agent
4103 Raeford Road
Fayetteville, NC 28304

Valley Radiology
Attn: Managing Agent
PO Box 3219
Indianapolis, IN 46206

Vance & Huffman, LLC
Attn: Bankruptcy
55 Monette Parkway
Smithfield, VA 23430

Verizon Wireless
Attn: Managing Agent
PO Box 650051
Dallas, TX 75265

Westlake Financial Service
Attn: Managing Agent
4751 Wilshire Blvd.
Los Angeles, CA 90010

World OMNI Financial
Attn: Managing Agent
1769 Paragon Avenue
Memphis, TN 38132